Decided May 30, 2001

CHARLES D. GIANETTI *v.* GEORGE HOLMES, JR., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 21556) is denied.

*Charles D. Gianetti*, pro se, in support of the petition.

*Andrew W. Skolnick*, in opposition.

Decided May 30, 2001